# BILL OF COSTS

## TEXAS COURT OF APPEALS, EIGHTH DISTRICT, AT EL PASO

No. 08-16-00319-CV

### Appraisal Review Board of El Paso County, Texas

v.

### The Fountains at Farah, LP

(No. 2016DTX0442 IN 327TH DISTRICT COURT OF EL PASO COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | VIRGINIA RUST |
| MOTION FEE | $10.00 | E-PAID | ADMIN DESK |
| MOTION FEE | $10.00 | E-PAID | ADMIN DESK |
| SUPP CLERK'S RECORD | $26.50 | UNKNOWN | |
| MOTION FEE | $10.00 | E-PAID | VIRGINIA RUST |
| MOTION FEE | $10.00 | E-PAID | VIRGINIA RUST |
| SUPP CLERK'S RECORD | $33.50 | UNKNOWN | |
| MOTION FEE | $10.00 | E-PAID | ADMIN DESK |
| REPORTER'S RECORD | $436.50 | UNKNOWN | APPELLANT APPRAISAL REV BOARD OF EP CTY, TEXAS |
| CLERK'S RECORD | $58.50 | UNKNOWN | |
| FILING | $205.00 | E-PAID | ADMIN  DESK |

**Balance of costs owing to the Eighth Court of Appeals, El Paso, Texas:   0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, DENISE PACHECO**, CLERK** OF THE EIGHTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE EIGHTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Eighth District of Texas, this 5/23/18.

Denise Pacheco, Clerk

*Denise Pacheco*